**Order entered July 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00597-CV

**JAX LOGISTICS DEDICATED SERVICES, INC., Appellant**

**V.**

**SOUTHWEST INTERNATIONAL TRUCKS, INC. D/B/A SOUTHWEST INDEALEASE,**
**Appellee**

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-01152

## ORDER

Before the Court is appellant's motion to enlarge time to file a notice of appeal. We

**GRANT** the motion. The notice of appeal filed June 2, 2017 is deemed timely for jurisdictional

purposes.

/s/     CRAIG STODDART
        JUSTICE